118 F.3d 1577
 Dennis Ratosky, Sr., Participant in Welfare Benefit Plans of
Bethlehem Steel Coropration, Johnstown America
Corporation-Freight Car Division, Ralph E. Bertz, Jr.,
Participant in Wefare Benefits Plan of Bethlehem Steel
Coropration, Johnstown America Corporation-Freight Car
Division, Reginald W. Britt, Participant in Welfare Plans of
Bethlehem Steel Corporation, Johnstown America
Corporation-Freight Car Division, Michael Bernat,
Participant in Welfare
 NO. 96-3405
 United States Court of Appeals,
Third Circuit.
 June 16, 1997
 
 Appeal From: W.D.Pa. ,No.95cv00125J ,
 Smith, J.
 
 
 1
 Affirmed.